IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RED LABEL MUSIC PUBLISHING, INC., an Illinois corporation; and RENAISSANCE MARKETING CORPORATION, an Illinois corporation, | ) ) ) ) | |
| | ) | Case No. 1:18-cv-07252 |
| | ) | |
| Plaintiffs, | ) | Honorable: |
| v. | ) | |
| | ) | Magistrate: |
| CHILA PRODUCTIONS; RICHARD | ) | |
| LENKOV; SCOTT PRESTIN; '85 BEARS | ) | JURY DEMANDED |
| DOCUMENTARY, LLC, an Illinois limited | ) | |
| liability company; WINDOW TO THE | ) | |
| WORLD COMMUNICATIONS, INC., an | ) | |
| Illinois not-for-profit corporation, d/b/a WTTW | ) | |
| TV; THE PUBLIC BROADCASTING | ) | |
| SERVICE; UNITED CONTINENTAL | ) | |
| HOLDINGS INC., a Delaware corporation; | ) | |
| AMAZON.COM, INC., a Delaware | ) | |
| corporation; IMDB.COM, INC., a Delaware | ) | |
| corporation; APPLE INC., a California | ) | |
| corporation; GOOGLE LLC, a Delaware | ) | |
| limited liability company; FANDANGO | ) | |
| MEDIA, LLC, a Virginia limited liability | ) | |
| company; MICROSOFT CORPORATION, a | ) | |
| Washington corporation; and AC JV, LLC, a | ) | |
| Delaware limited liability company, doing | ) | |
| business as FATHOM EVENTS, | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

The Plaintiffs, RED LABEL MUSIC PUBLISHING, INC. and RENAISSANCE

MARKETING CORPORATION, by their attorneys, Gregg Minkow of Minkow & Bergman,

Ltd. and Samuel G. Levin, complain as follows of the Defendants, CHILA PRODUCTIONS,

RICHARD LENKOV, SCOTT PRESTIN, '85 BEARS DOCUMENTARY, LLC , WINDOW

TO THE WORLD COMMUNICATIONS, INC., d/b/a WTTW TV, THE PUBLIC

BROADCASTING SERVICE, UNITED CONTINENTAL HOLDINGS INC.,

AMAZON.COM, INC., APPLE INC., GOOGLE LLC, FANDANGO MEDIA, LLC,

MICROSOFT CORPORATION, and AC JV, LLC, doing business as FATHOM EVENTS:

## SUMMARY OF CASE

1.      This action is brought by the owner, Red Label Music Publishing, Inc. ("Red

Label") of the copyrights in the words, music, sound recording, and music video known as the

"Super Bowl Shuffle" (also referred to as the "Shuffle"), and Red Label's licensing agent,

Renaissance Marketing Corporation ("Renaissance").

2.      Suit is brought against Chila Productions ("Chila"), Richard Lenkov ("Lenkov")

and Scott Prestin ("Prestin"), producers of the film "'85: The Greatest Team in Football History"

(the "85 Bears Film"), first released in 2016, and '85 Bears Documentary, LLC, shown in the

credits as the film's author.

3.      The film copied substantial portions of the Shuffle and was performed or

displayed on a Chicagoland television station (WTTW, Channel 11), possibly stations elsewhere

pursuant to distribution by the Public Broadcasting Service network ("PBS"), and as in-flight

entertainment by at least one airline (United), both in the U.S. and internationally.

4.      It has also been copied and offered for rental, sale or viewing on various services

operated by WTTW and or PBS, Amazon.Com, Inc., Imdb.Com, Inc., Apple Inc., Google LLC,

Fandango Media, LLC, and Microsoft Corporation, with the Shuffle prominently mentioned in

much of the advertising.

5.      Further, AC JV, LLC, doing business as Fathom Events, marketed, sold, and/or

otherwise caused copies to be displayed or performed in over 200 movie theaters throughout the

U.S.

6.      All of this was done without permission from the copyright owner and exclusive

licensing agent.

7. Thus, in addition to the claims against the producers and author, suit is also brought against WTTW, PBS, the other online merchants, United, and Fathom Events for reproducing, performing, displaying, selling, and/or distributing the copyright-protected works without the copyright owner's or its licensing agent's consent.

8. In addition to remedies for infringement, Plaintiffs seek remedies under both federal and state law to redress deceptive misimpressions resulting from the 85 Bears Film in relation to the copyright-protected works.

## PARTIES

9. Plaintiff Red Label Music Publishing, Inc. ("Red Label") is a corporation organized under the laws of the State of Illinois with its registered office in Chicago, Illinois. Red Label is the owner of the copyrights in the words, music, sound recording, and audio-visual work known as the Super Bowl Shuffle, pursuant to United States Copyright Office registration numbers Pau 793 097 (words and music), SR 77 602 (sound recording), and PA 290 856 (audio visual work), V2486P131 (assignment), and V3608D238 (assignment).

10. Plaintiff Renaissance Marketing Corporation ("Renaissance") is a corporation organized under the laws of the State of Illinois with its registered office in Chicago, Illinois. Julia Meyer ("Meyer"), widow of the Shuffle's co-author and producer, Richard Meyer, is the owner of both Red Label and Renaissance. Renaissance is the exclusive agent authorized by Red Label to issue copyright licenses to parties like the Defendants for inclusion of the Super Bowl Shuffle words, music, sound recording or audio visual work in vehicles like the 85 Bears Film, pursuant to Renaissance's agreement with Red Label.

11. Defendant Chila Productions (sometimes referred to herein as "Chila") is a business entity (on information and belief a general partnership) with principal offices in

Chicago, Illinois. Chila widely advertises itself as the producer of the 85 Bears Film which Plaintiffs cite for infringing the copyrights at issue.

12.    Defendant Richard Lenkov ("Lenkov") is a resident and domiciliary of the State of Illinois, and offices in Chicago, Illinois.

13.    Defendant Scott Prestin ("Prestin") is a resident and domiciliary of the State of California, residing or officing in Tarzana, California.

14.    Defendant '85 Bears Documentary, LLC ("Documentary, LLC") is a limited liability company organized under the laws of the State of Illinois with its principal offices in Chicago, Illinois. Documentary, LLC is listed in the 85 Bears Film's credits as its author.

15.    Chila is jointly owned and operated by Lenkov and Prestin, on information and belief as general partners in that entity. The credits screen in the 85 Bears Film's shows Lenkov and Prestin as the film's Producers, and Prestin as its Director. Lenkov and Prestin are also the Managers of Documentary, LLC.

16.    Defendant Window To The World Communications, Inc. ("WTTW") is a not-for-profit corporation organized under the laws of the State of Illinois with its principal offices in Chicago, Illinois. WTTW operates a television station by those call letters serving the greater Chicago Metropolitan Area.

17.    Defendant Public Broadcasting System ("PBS") is a private, nonprofit media enterprise owned by its member public television stations. PBS distributes programming to nearly 350 locally owned and operated public television stations across the country and is funded principally by these member stations and by the Corporation for Public Broadcasting. PBS and/or WTTW also operate an online marketplace accessible in Illinois, and throughout the U.S. and internationally, where copies of the 85 Bears Film could be purchased in 2016 or thereafter.

18.     Defendant United Continental Holdings Inc. ("United") is a corporation organized under the laws of the State of Delaware with its principal offices in Chicago, Illinois.  United operates United Airlines, which, among other things, provides in-flight entertainment on both U.S. domestic flights and international flights, for remuneration in the form of a direct fee paid by its flying customers, advertisers on the in-flight entertainment facilities, incremental ticket pricing, and/or other means.

19.     Defendant Amazon.com, Inc. ("Amazon.com") is a corporation organized under the laws of the State of Delaware with its principal offices in Seattle, Washington.  Amazon.com operates an online marketplace accessible in Illinois, and throughout the U.S. and internationally, where copies of the 85 Bears Film can be rented, purchased, and viewed.  In addition, on information and belief, Amazon.com also owns and operates an online marketplace called IMDb (via a subsidiary, IMDb.com, Inc.) accessible in Illinois, and throughout the U.S. and internationally, where copies of the 85 Bears Film are marketed and from which either copies can be rented, purchased or viewed directly or customers are directed to Amazon.com's website and "Prime" service to rent, purchase or view copies.

20.     Defendant IMDb.com, Inc. ("IMDb.com") is a corporation organized under the laws of the State of Delaware with its principal offices in Tumwater, Washington.  IMDB.com operates an online marketplace accessible in Illinois, and throughout the U.S. and internationally, where copies of the 85 Bears Film are marketed and from which either (i) copies can be rented, purchased or viewed directly, or (ii) customers are directed to Amazon.com's website and "Prime" service to rent, purchase or view copies.

21.     Defendant Apple Inc. ("Apple") is a corporation organized under the laws of the State of California with its principal offices in Cupertino, California.  Apple operates an online

marketplace accessible in Illinois, and throughout the U.S. and internationally, where copies of the 85 Bears Film can be rented, purchased, and viewed.

22.     Defendant Google LLC ("Google") is a limited liability company organized under the laws of the State of Delaware with its principal offices in Mountain View, California. Google operates an online marketplace accessible in Illinois, and throughout the U.S. and internationally, known as Google Play, where copies of the 85 Bears Film can be rented, purchased, and viewed.

23.     Defendant Fandango Media, LLC ("Fandango") is a limited liability company organized under the laws of the State of Delaware with its principal offices in Los Angeles, California.  Fandango operates an online marketplace accessible in Illinois, and throughout the U.S. and internationally, known as FandangoNow, where copies of the 85 Bears Film can be rented, purchased, and viewed.

24.     Defendant Microsoft Corporation ("Microsoft") is a corporation organized under the laws of the State of Washington with its principal offices in Redmond, Washington. Microsoft operates an online marketplace accessible in Illinois, and throughout the U.S. and internationally, where copies of the 85 Bears Film can be rented, purchased, and viewed.

25.     Defendant AC JV, LLC, doing business as Fathom Events ("Fathom"), is a limited liability company organized under the laws of the State of Delaware with its principal offices in Greenwood Village, Colorado.  Fathom is a distributor of cinematic works nationwide.

## JURISDICTION AND VENUE

26.     This is a civil action arising under the federal Copyright Act (at 17 U.S.C. § 101 *et seq*.).

27.     This Court has original and subject matter jurisdiction over this copyright infringement action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

28.     This Court has supplemental jurisdiction over the state law claims pled herein, which arise out of the same set of occurrences, under 28 U.S.C. § 1367(a).

29.     This Court has personal jurisdiction over Defendants, pursuant to 735 ILCS 5/2-209 (the Illinois Long-Arm Statute) and other applicable law, because, among other things, all of the Defendants are doing business in the State of Illinois and in this judicial district on a regular basis; Defendants Chila Productions, Lenkov, WTTW and United maintain offices in the State of Illinois and in this judicial district; Defendants Chila Productions, Richard Lenkov, WTTW and United reside in the State of Illinois and this judicial district; the acts of infringement complained of herein occurred in the State of Illinois and in this judicial district; Defendants have caused injury to be suffered by Plaintiffs and their intellectual property within the State of Illinois and this judicial district, which was foreseeable to each Defendant; and the Defendants purposely directed their respective infringing and otherwise wrongful activities to audiences within the State of Illinois and this judicial district.

30.     Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b)(1) and (2), 1391(c)(1) and (2), 1391(d), and 1400(a).

## FEDERAL COPYRIGHT INFRINGEMENT

31.     Since 2011 and earlier, pursuant to the Copyright Act (at 17 U.S.C. § 106), Red Label has been the sole owner of those copyrights, and along with Renaissance, the only persons lawfully authorized to grant licenses to reproduce, perform or display them in films, television shows, and the like.

32.     All the Defendants were on constructive notice of Red Label's exclusive rights by reason of their registration with the Copyright Office years before the release of the 85 Bears Film, and indeed, WTTW (and potentially PBS) knew of those rights by reason of prior

commercial interactions with Meyer and Renaissance pertaining to the Shuffle copyrights.

33.   Chila aptly described the commercial value of the Shuffle and the copyrights

inherent therein in a pre-release "Director's Statement" which Chila published online in or about

2017, which is attached as **Exh. 1**[1] and includes photographs of Lenkov and Prestin.  It states, on

p. 1:

> "The significance of the "Super Bowl Shuffle" will also be discussed in this act, as the
> audacious publicity stunt "Shuffle" managed to go viral before social media knew what
> "viral" was.  This daring mid-season statement, along with the colorful cast of individuals
> on the '85 Bears, made this team the standout in 1985, and memorable for decades to
> come."

34.   Chila and Documentary, LLC also presumably knew of the Plaintiffs' exclusive

rights by reason of the involvement of Otis Wilson, listed in the film's credits as an Executive

Producer and pictured on p. 5 of Exh. 1 with Prestin.  Mr. Wilson is presently engaged in

separate litigation with Meyer and Renaissance, dating back to 2014 (temporarily removed to

this judicial district as Case No. 14-cv-2999), in which Meyer's and Renaissance's control over

the Shuffle copyrights is uncontested.

35.   Despite Chila's and Documentary, LLC's constructive and presumably actual

knowledge of the Plaintiffs' exclusive rights, and that it had not been granted a license

thereunder, Chila and Documentary, LLC infringed the Plaintiffs' copyrights by reproducing

excerpts from the Shuffle music video, sound recording, words and music and including them in

the 85 Bears Film, and then reproducing, selling, and distributing, and/or arranging for their

further reproduction, performance, display, distribution and sale by distributing or purporting to

---

[1]  Papers authored by persons other than the Plaintiffs are referenced in this Complaint and
attached hereto to show their content, but except as expressly stated otherwise in the main body
of this Complaint, Plaintiffs do not necessarily adopt as their own allegations, endorse, or profess
to be true, any of such content.

license the film and its content to WTTW (which aired it in at least September 2016, and advertised it for sale during telecasts); possibly to PBS for airing on other television stations; to United Airlines (where it has been aired during domestic and international flights as part of in-flight entertainment options during 2018 and possibly at other times); to various online sellers since in or about 2016 or thereafter, including but not necessarily limited to WTTW and/or PBS; Amazon.com (*see* **Exh. 2**, stating the film "chronicles how the 1985 Chicago Bears dominated on and off the field as they shuffled their way to the championship"), IMDb.com (*see* **Exh. 3**, referring to the "Super Bowl Shuffle Bears"), Apple's iTunes service (*see* **Exh. 4**, also stating, "'85 chronicles how the 1985 Chicago Bears dominated on and off the field as they shuffled their way to the championship"), Google Play (*see* **Exh. 5**), FandangoNow (*see* **Exh. 6**), and Microsoft (*see* **Exh. 7**); and to Fathom, for display or performance in more than 200 movie theaters throughout the U.S. in or about January, 2018.

36.     All of the above occurred without the permission of or any license from either of the Plaintiffs, and was in violation of the Plaintiffs' exclusive copyrights.  Plaintiffs did not learn of any of the above infringements until 2016 or later.

37.     Each of WTTW and/or PBS, United, Amazon.com, IMDb.com, Apple, Google, Fandango, and Microsoft has marketed and, on information and belief, made hard or soft copies of the 85 Bears Film containing substantial excerpts from the Super Bowl Shuffle music, words, sound recording and music video, and rented, sold, distributed, displayed and performed such copies or online viewing thereof, while Fathom reproduced, distributed, marketed, sold, and/or otherwise caused copies to be displayed or performed in over 200 movie theaters throughout the U.S., all within the past three (3) years and all without permission from either of the Plaintiffs.

38.     Through their conduct described herein, each of the Defendants has infringed Red

Label's copyrights in the Super Bowl Shuffle words, music, sound recording and music video or audio-visual work in violation of the Copyright Act, at 17 U.S.C. §§ 106 and 501.

39. The Defendants (except possibly WTTW, PBS and Fathom) continue to infringe the Super Bowl Shuffle copyrights by continuing to sell, distribute, perform and display, and/or purport to authorize the sale and distribution of, the 85 Bears Film containing excerpts of the Super Bowl Shuffle in violation of those copyrights, and further have engaged in unfair trade practices and unfair competition by reason of their conduct, thus causing irreparable damage.

40. Defendants' acts of infringement were and continue to be willful, intentional and purposeful, in disregard of and with indifference to Plaintiffs' rights.

41. As a direct and proximate result of said infringements by the Defendants, Plaintiffs are entitled to statutory damages in an amount to be determined at trial, if the Plaintiffs so elect.

42. Plaintiffs are also entitled to the reasonable royalties or license fees Plaintiffs should have received from each of the Defendants for the use of their copyright-protected works, and/or Defendants' profits attributable to the infringements, pursuant to 17 U.S.C. § 504(b), including an accounting of such profits, and/or any other damages suffered by reason of dilution of sales of copyright licenses by Red Label or Renaissance, loss of goodwill inherent in the Super Bowl Shuffle, or otherwise.

43. Plaintiffs further are entitled to their attorneys' fees and full costs pursuant to 17 U.S.C. § 505 and otherwise according to law.

44. As a direct and proximate result of the foregoing acts and conduct, Plaintiffs have sustained and will continue to sustain substantial, immediate, and irreparable injury, for which there is no adequate remedy at law.

45. On information and belief, unless enjoined and restrained by this Court, Defendants will continue to infringe Plaintiffs' rights in the Shuffle words, music, sound recording, and music video. Plaintiffs are entitled to preliminary and permanent injunctive relief to restrain and enjoin Defendants' continuing infringing conduct.

WHEREFORE, the Plaintiffs respectfully request that:

A. Until this case is decided, the Defendants, the Defendants' agents, and all persons actively in concert with the Defendants, be enjoined from reproducing, selling, distributing, displaying, or performing any portion of the 85 Bears Film containing Super Bowl Shuffle words, music, sound recording or audio visual works, or portions thereof;

B. The Defendants be ordered to account for and pay as damages to the Plaintiffs all profits and advantages gained from their copyright infringement and/or the reasonable royalties or license fees Plaintiffs should have received from each of the Defendants for their use and exploitation of the Plaintiffs' copyright-protected works, and/or any other damages suffered by reason of dilution of sales of copyright licenses by Red Label or Renaissance, loss of goodwill inherent in the Super Bowl Shuffle, or otherwise, or, in the alternative, statutory damages if elected by Plaintiffs, whichever is greater;

C. The Defendants be ordered to destroy or deliver for impoundment all copies of the 85 Bears Film in the Defendants' possession or control, and all materials used for making infringing copies;

D. The Defendants be ordered to pay the Plaintiffs interest, costs, and reasonable attorney's fees; and

E. The Plaintiffs be awarded all other just relief.

PLAINTIFFS DEMAND TRIAL BY 12-PERSON JURY ON ALL MATTERS TO THE

EXTENT PERMITTED BY APPLICABLE LAW.

October 30, 2018

Gregg Minkow
Minkow & Bergman, Ltd.
123 N. Wacker Drive, Suite 250   By:  s/Gregg I. Minkow
Chicago, IL 60606          One of Their Attorneys
Phone: (847) 489-6999
Fax: (847) 753-9974
E-Mail: gminkow@minkowbergman.com
Atty. ID 6181058

Samuel G. Levin
Law Office of Samuel G. Levin
123 N. Wacker Drive, Suite 250
Chicago, Illinois 60606
Phone: 708-646-3326
Email: samlevinlaw@gmail.com
Atty. ID: 6190408

# EXHIBIT 1

## ABOUT THE DOCUMENTARY

# DIRECTOR'S STATEMENT

Since the league's inception in 1922, very few NFL teams measure up in terms of quality or personality to the 1985 Chicago Bears. They were dominant on the gridiron, and omnipresent in the media. "'85: The Story Of The Greatest Team in Pro Football History" will reveal the full story behind this colorful, storied and arguably greatest team in professional football history.

The film will open with a very brief recount of the history of the NFL. Backstory will be provided regarding the formation of the league as well the creation and evolution of the Super Bowl. Our opening will illustrate the societal weight of the sport and its beloved championship on American culture. A history of the Chicago Bears will follow, recounting the formation and movement of the esteemed franchise to one of the leagues largest markets. Chicago's political and social vibe in the 80s will be discussed along with the Bears' contributions. The success and popularity of the team over the years will be emphasized, while also noting that the '85 Super Bowl, while one of the NFL's most memorable, was also the lone Super Bowl victory for one of the league's oldest members.

The story presses on to the inception of the '85 season. This section will include a review of the season prior, and the expectations of fans and players going into the 1985 schedule. The '85 Bears' well-known strengths will be discussed, as well as the hurdles that stood between the team and its long-desired but ever-allusive Super Bowl Championship. The narrative advances into the Bears regular season, as well as the teams two historic shut-out playoff victories. Interviewees, archival footage and other media will lead the audience through the ups and downs of the season; the troubled staff/player relationships, the ever-heightening expectations of fans and media and the legendary tenacity of the '85 Bears defense. This segment as others will include historic game-day footage, player testimony, as well as commentary from celebrity-fans and notable Chicagoans.

The significance of the "Super Bowl Shuffle" will also be discussed in this act, as the audacious publicity stunt "Shuffle" managed to go viral before social media knew what "viral" was. This daring mid-season statement, along with the colorful cast of individuals on the '85 Bears, made this team the standout in 1985, and memorable for decades to come.

Our story eventually arrives on the doorstep of Super Bowl XX. The neon of New Orleans, the hoards of press, the expectations of a dominant Bears team and its fans. We will revel in the

championship game as well as reveal the inside stories of the players and staff including the 46 Defense, a Fridge touchdown (yet none for Payton), the domination of the Patriots... all leading to the unprecedented step of 2 coaches being carried off the field on players' shoulders. The film culminates in a discussion of the '85 Bears importance to Chicago and the NFL. Are the '85 Chicago Bears the greatest team in Pro Football history, and if so why did this dominant group not turn into a dynasty in the 1980s? In October of 2011, President Barack Obama invited the '85 Chicago Bears to Washington D.C. for a long-overdue Presidential celebration of their championship season. On a sunny afternoon on the White House lawn, the leader of the free-world boastfully introduced the 1985 Chicago Bears to a garden-full of press and dignitaries as the "Greatest Team in NFL History". Our film will celebrate the accomplishments of the '85 Bears, while also striving to confirm this much shared but often argued opinion of America's 44th President and Chicago native.

**–Scott Prestin**

# THE EXECUTION

- The film will feature interviews with approximately 10 members of the 1985 Chicago Bears including Mike Ditka, Mike Singletary, Willie Gault, Dan Hampton, Richard Dent.

- We have already interviewed Jesse Jackson, Michael Wilbon, Rick Telander and Bill Kurits. We also have Jim Belushi attached to narrate.

- The Managers estimate the release would be in September of 2015 to coincide with the 30th Anniversary of the 1985 Chicago Bears.

- In addition to distributing the merchandise through our own channels, the Managers are in discussions with the Bears/NFL organization about a potential partnership.

- The Managers are exploring a number of distribution options for release of the film. The Managers would identify and select the best "windows" for premiering the film through traditional TV outlets (ESPN, FOX Sports), Video on Demand and Streaming Video on Demand Services (Netflix, Itunes, Amazon, etc.)

Case: 1:18-cv-07252 Document #: 1 Filed: 10/30/18 Page 16 of 48 PageID #:16

# PRODUCTION SHOTS





Case: 1:18-cv-07252 Document #: 1 Filed: 10/30/18 Page 18 of 48 PageID #:18





Case: 1:18-cv-07252 Document #: 1 Filed: 10/30/18 Page 20 of 48 PageID #:20







Case: 1:18-cv-07252 Document #: 1 Filed: 10/30/18 Page 23 of 48 PageID #:23



Case: 1:18-cv-07252 Document #: 1 Filed: 10/30/18 Page 24 of 48 PageID #:24



About (about.html) | Press Release (press.html) | In The News (news.html) | The Team (team.html) | Support Us (support.html)

 (http://85bearsdoc.tumblr.com)  (https://instagram.com/85bearsdoc/)

# EXHIBIT 2

Case: 1:18-cv-07252 Document #: 1 Filed: 10/30/18 Page 26 of 48 PageID #:26



Try Prime   Prime Video ▾          **Discover small & medium businesses**

Deliver to
**Northbrook**          Your Amazon.com   Today's Deals

EN ▾ | Hello. Sign in
**Account & Lists** ▾   Orders   Try Prime ▾          0   Cart

**Prime Video**   Prime Originals   TV Shows   Movies   Kids                Your Watchlist   Your Video Library   Settings   Getting Started   Help

# 85: The Greatest Team In Football History

(14)          7.3   102 min   2018

Featuring interviews with Bill Murray, Mike Ditka, Mike Singletary and more, '85 chronicles how the 1985 Chicago Bears dominated on and off the field as they shuffled their way to the championship.

**Genres**    Documentary, Sports
**Director**  Scott Prestin
**Starring**  Bill Murray, Mike Ditka, Matt Walsh

Rentals include 30 days to start watching this video and 48 hours to finish once started.

**prime**   Watch for $0.00 with Prime

Watch     **Watch with Prime**              Rent
Trailer   Start your 30-day free trial     **HD** $0.99

Buy       More Purchase     Add to
**HD** $8.99   Options          Watchlist

By ordering or viewing, you agree to our Terms. Sold by Amazon Digital Services LLC.   Share          | Send us Feedback | Get Help

## Customers who watched this item also watched








## Product details

| Genres | Documentary, Sports |
| --- | --- |

Case: 1:18-cv-07252 Document #: 1 Filed: 10/30/18 Page 27 of 48 PageID #:27

| Director | Scott Prestin |
| Starring | Bill Murray, Mike Ditka, Matt Walsh |
| Studio | Chila Productions |
| Captions and subtitles | English [CC] Details |
| Audio | English |
| Purchase rights | Stream instantly Details |
| Format | Prime Video (streaming online video) |
| Devices | Available to watch on supported devices |

## Other formats

| DVD $12.89 | Blu-ray $14.99 |

## Customer reviews

14

3.5 out of 5 stars

| 5 star | 43% |
| 4 star | 14% |
| 3 star | 14% |
| 2 star | 22% |
| 1 star | 7% |

See all 14 customer reviews

Share your thoughts with other customers

Write a customer review

### Top customer reviews

Shane Michael

**CHICAGO BEARS ARE GREAT**

February 13, 2018
Format: Prime Video    Verified Purchase

Amazing Documentary. I love the Chicago Bears, and i have a 85 Champions Jacket. I definitely recommend this
.

2 people found this helpful

Helpful | Not Helpful     Comment    Report abuse

Maxie

**Wish it was '85 again....**

April 20, 2018
Format: Prime Video    Verified Purchase

After years of waiting for the Bears to take us to the super bowl, it finally happened after I moved out of state. There were so many stories I missed and this documentary caught me up on a few. Thank you!

One person found this helpful

Helpful | Not Helpful     Comment    Report abuse

Jourdan

**Four Stars**

April 19, 2018
Format: Prime Video    Verified Purchase

Awesome documentary.

## Most recent customer reviews

weimj396

**Can't get past Obama's voice in the beginning!**

Sorry but this movie just lost my interest! I can't get past the Obama voice in the beginning. I love the Chicago Bears. What a way to RUIN it!!!
Published 2 days ago

Neal Robinson

**if you like the Bears, its great, otherwise...**

From a documentry film view point, the film just rambles from player to personality, allthewhile playing atypical "sports doc" background music too loud. Read more
Published 19 days ago

Amazon Customer

**One Star**

This was a terrible documentary.
Published 4 months ago

Captain Funky Junk

**Nostalgic!**

Nice stroll down memory lane.
Published 6 months ago

Amazon Customer

**Five Stars**

Great film, amazing interviews! A recommend for any sports fan....
Published 7 months ago

Sean E. Boudreaux

**Undoubtedly the greatest football team of the 1980s and definitely the greatest ...**

One person found this helpful

[ Helpful ]   [ Not Helpful ]      Comment     Report abuse

Thomas Hatfield

**It seemed thrown together.**

June 14, 2018
Format: Prime Video   Verified Purchase

Very disappointed in this. Mainly because the story jumps all over the place. If you didn't already know about this team, you wouldnt learn much. Each track from the score has the same mood and doesn't fit with most parts of the film, and mixed too loudly next to the voices of the interviewees and narrator. You're better off watching the 30 for 30 episode about the 85 Bears or their episode of America's Game.

2 people found this helpful

[ Helpful ]   [ Not Helpful ]      Comment     Report abuse

dlmoodyjr

**Five Stars**

March 4, 2018
Format: Prime Video   Verified Purchase

Da best bears documentary ever. Enough said.

2 people found this helpful

[ Helpful ]   [ Not Helpful ]      Comment     Report abuse

E. Riebman

**Insightful look behind the scenes**

February 2, 2018
Format: Prime Video

Insightful look behind the scenes of the unique characters of the greatest team. President Obama and Bill Murray's interviews take the film to the next level. Seeing what die hard Bears fans they are (and the original superfans George Wendt and Joe Mantegna) and how this team and city touched them made for an emotional and inspiring story. If you aren't moved by moments where teammates and Coach Ditka remember Walter Payton ("Sweetness") you should be hit by the Fridge.

4 people found this helpful

[ Helpful ]   [ Not Helpful ]      Comment     Report abuse

JFA

**Five Stars**

July 4, 2018
Format: Prime Video

Fantastic documentary!

One person found this helpful

[ Helpful ]   [ Not Helpful ]      Comment     Report abuse

David Rodriguez

**Greta documentary, worth viewing.**

January 30, 2018
Format: Prime Video

This is a very good documentary for anyone who lived during the '85 Bears run and those who weren't alive at the time. I only wish they had shown more game film or elaborated more on the x' s and o's of the team.

One person found this helpful

[ Helpful ]   [ Not Helpful ]      Comment     Report abuse

**See all 14 reviews**

Undoubtedly the greatest football team of the 1980s and definitely the greatest Bears team of all time...

... Read more

Published 7 months ago

**Search customer reviews**

[                    ]   [ Search ]

Write a customer review

Back to top

## Get to Know Us

Careers

Blog

About Amazon

Press Center

Investor Relations

Amazon Devices

## Make Money with Us

Sell on Amazon

Sell Under Private Brands

Sell on Amazon Handmade

Sell Your Services on Amazon

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

› See all

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

English          United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web | Amazon Business<br>Everything For<br>Your Business |
| AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Digital Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go | Amazon Restaurants<br>Food delivery from<br>local restaurants | Amazon Web Services<br>Scalable Cloud<br>Computing Services |
| Audible<br>Download<br>Audiobooks | Book Depository<br>Books With Free<br>Delivery Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion |
| Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Prime Now<br>Ultrafast Delivery<br>on Everyday Items |
| Amazon Photos<br>Unlimited Photo Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands | Amazon Warehouse<br>Great Deals on<br>Quality Used Products | Whole Foods Market<br>America's Healthiest<br>Grocery Store | Withoutabox<br>Submit to<br>Film Festivals | Woot!<br>Deals and<br>Shenanigans |
| | | Zappos<br>Shoes &<br>Clothing | Souq.com<br>Shop Online in<br>the Middle East | Subscribe with Amazon<br>Discover & try<br>subscription services | | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2018, Amazon.com, Inc. or its affiliates

# EXHIBIT 3



Case: 1:18-cv-07252 Document #: 1 Filed: 10/30/18 Page 32 of 48 PageID #:32



See all 14 photos »



---

## Lore
Sponsored



Watch Now »


The Teenage in the
New Movie Star is
Gorgeous in Real Life
NickiSwift.com

Disturbing Thing Only
Adults Notice in Harry
Potter
Looper.com


A Crew Member Has
Died After a Car Accident
on 'Mister Rogers' Set
ScreenCrush.com

20 Movies That People
Still Don't Understand
Looper.com

## More Like This

Learn more





**Robin Williams: Come Inside My Mind** (2018)
Documentary | Biography | Comedy

8/10

An intimate look into the life and work of the revered master comedian and actor, Robin Williams.

Add to Watchlist

Next »

◄ Prev 6    Next 6 ►

**Director:** Marina Zenovich
**Stars:** Robin Williams, Steve Allen,...

### User Lists

Create a list »

Related lists from IMDb users

 **Jacksonville - Cinemark Tinseltown**
a list of 28 titles
created 05 Jul 2015

**History 1950-1999**
a list of 535 titles
created 11 months ago

**B.K.'s Films To Watch**
a list of 126 titles
created 6 months ago

**Online**
a list of 6758 titles
created 26 May 2016

**I guess if I run out of everything else to watch...**
a list of 2253 titles
created 30 Oct 2012

See all related lists »

### Related Items

 Search for "'85: The Greatest Team in Pro Football History" on Amazon.com

### Share this Rating

Title: '85: The Greatest Team in Pro Football History (2016)

 IMDb 7.3/10 ⭐

Want to share IMDb's rating on your own site? Use the HTML below.

Show HTML    View more styles



## Cast

Edit

Credited cast:

| | | | |
|---|---|---|---|
| Barack Obama | ... | Himself |
| Mike Singletary | ... | Himself |
| Jim McMahon | ... | Himself |
| Jeremy Piven | ... | Himself |
| Mike Ditka | ... | Himself |
| Dan Hampton | ... | Himself |
| Bill Murray | ... | Himself |
| Jesse Jackson | ... | Himself |
| Phil Simms | ... | Himself |





| | Steve McMichael | ... | Himself |
| | Bill Kurtis | ... | Himself |

Rest of cast listed alphabetically:

| | Ike Barinholtz | ... | Himself |
| | Rahm Emanuel | ... | Himself |
| | Willie Gault | ... | Himself |
| | Robert Smigel | ... | Himself |

See full cast »

## Storyline                                                                    Edit

1985 Chicago Bears. This movie will reveal the full story behind the 1985 Super Bowl Shuffle Chicago Bears.

Plot Summary | Add Synopsis

**Plot Keywords:**   nfl | super bowl | See All (2) »

**Genres:**   Sport

**Parents Guide:**   Add content advisory for parents »

## Details                                                                      Edit

**Official Sites:**   Official Site | Project Homepage
**Country:**   USA
**Language:**   English
**Release Date:**   1 October 2016 (USA) See more »
**Filming Locations:**   Chicago, Illinois, USA

### Box Office                                                                  Edit

**Budget:** $650,000 (estimated)
See more on IMDbPro »

### Company Credits

**Production Co:**   Chila Productions See more »
Show more on IMDbPro »

### Technical Specs

**Runtime:**   90 min
**Color:**   Color
See full technical specs »

## Frequently Asked Questions

This FAQ is empty. Add the first question.

## User Reviews

**WRONG! '72 Dolphins are THE ONLY undefeated team in NFL history**
8 October 2018 | by brettkroeder – See all my reviews

Case: 1:18-cv-07252 Document #: 1 Filed: 10/30/18 Page 34 of 48 PageID #:34

Barack Obama knows is as wrong about this as his policies were for the country.

0 of 1 people found this review helpful.  Was this review helpful to you?  Yes   No  |  Report this

Review this title  |  See all 2 user reviews »

## Contribute to This Page

Getting Started | Contributor Zone »

Edit page

## Stream Popular Action and Adventure Titles With Prime Video

    

Explore popular action and adventure titles available to stream with Prime Video.

Start your free trial »

## Recently Viewed



Clear your history



### IMDb Everywhere

Find showtimes, watch trailers, browse photos, track your Watchlist and rate your favorite movies and TV shows on your phone or tablet!

IMDb Mobile site　　　　　»

### Follow IMDb on

Home
Top Rated Movies
Box Office
TV
Coming Soon
Site Index
Search
In Theaters

Contact Us
Register
News

Press Room
Advertising
Jobs

IMDbPro
Box Office Mojo
Withoutabox

Conditions of Use
Privacy Policy
Interest-Based Ads

an amazon company

Copyright © 1990-2018 IMDb.com, Inc.

Amazon Affiliates
Amazon Video
Watch Movies &
TV Online

Prime Video
Unlimited Streaming
of Movies & TV

Amazon Germany
Buy Movies on
DVD & Blu-ray

Amazon Italy
Buy Movies on
DVD & Blu-ray

Amazon France
Buy Movies on
DVD & Blu-ray

Amazon India
Buy Movie and
TV Show DVDs

DPReview
Digital
Photography

Audible
Download
Audio Books

# EXHIBIT 4

**iTunes** Preview

Download iTunes



### '85: The Greatest Team in Football History

NOT RATED

Documentary · 1 Hour 42 Minutes · 2018

Featuring interviews with Bill Murray, Mike Ditka, Mike Singletary and more, '85 chronicles how the 1985 Chicago Bears dominated on and off the field as they shuffled their way to the championship.

Rent $0.99 / Buy $12.99

View in iTunes

---

## Trailers



Trailer

---

## Cast & Crew

**Cast**
Mike Ditka
Bill Murray

**Director**
Scott Prestin

Case: 1:18-cv-07252 Document #: 1 Filed: 10/30/18 Page 37 of 48 PageID #:37

## Information

| | |
|---|---|
| Studio | Chila Productions |
| Genre | Documentary |
| Released | 2018 |
| Copyright | © 2017 Chila Productions |

## Languages

Primary    English (Stereo)

## Accessibility

Closed captions refer to subtitles in the available language with addition of relevant nondialogue information.

## Viewers Also Bought                                                See All

     

Three Identical Strangers
Documentary

Won't You Be My Neighbor?
Documentary

WHITNEY
Documentary

2016 World Series Champions: Chicago C…
Documentary

High and Hallowed : Everest 1963
Documentary

Kim Dotcom: Caught In the Web
Documentary

## Movies in Documentary                                              See All

     

WHITNEY
Documentary

Three Identical Strangers
Documentary

PEACE: An Element Audiovisual Project
Sports

Won't You Be My Neighbor?
Documentary

Blood Line: The Life and Times of Brian Deegan
Documentary

Generation wealth
Documentary

More ways to shop: Visit an Apple Store, call 1-800-MY-APPLE, or find a reseller.

Copyright © 2018 Apple Inc. All rights reserved.    Privacy Policy  |  Terms of Use  |  Sales and Refunds  |  Legal  |  Site Map                United States

# EXHIBIT 5

Google Play

Search                                                    Sign in

Movies & TV          Genres      Home    Top Charts    New Releases

My movies & TV

Shop

TV

Family

Studios

Networks

Account

My subscriptions

Redeem

Buy gift card

My wishlist

My Play activity

Parent Guide



## 85: The Greatest Team in Football History

January 2018    102 minutes                                              4

**Documentary**

Add to Wishlist

$3.99 Rent          $6.99 Buy

Featuring interviews with Bill Murray, Mike Ditka, Mike Singletary and more, 85 chronicles how the 1985 Chicago Bears dominated on and off the field as they shuffled their way to the championship.

---

CAST AND CREDITS

Actors                                    Director

Bill Murray, Mike Ditka, Matt Walsh       Scott Prestin

---

REVIEWS                                   Review Policy

                                          ✏ Write a Review



3.8

| | 5 |
| | 4 |
| | 3 |
| | 2 |
| | 1 |

4 total

**Richard Roeper**

This is a great time capsule about a team that dominated the sport for one season, and then fell apart all too quickly due to a variety of factors.

Full Review

**Dan Stevens**

March 9, 2018

Not the greatest team... The 2013 Seahawks are.

---

ADDITIONAL INFORMATION

**Audio Language**
English

**Subtitles**
English [CC]

**Rental Period**
Start within 30 days,
finish within 48 hours.

**Eligible for Family Library**
Eligible if purchased with select payment methods. Rentals are not eligible. Learn More

**Run time**
102 minutes

---

©2018 Google    Site Terms of Service  Privacy  Developers  Artists  About Google  | Location: United States  Language: English (United States)

By purchasing this item, you are transacting with Google Payments and agreeing to the Google Payments Terms of Service and Privacy Notice.

# EXHIBIT 6

Case: 1:18-cv-07252 Document #: 1 Filed: 10/30/18 Page 42 of 48 PageID #:42



MOVIES  TV SHOWS

## '85: THE GREATEST TEAM IN FOOTBALL HISTORY

*2016 NR 102 min. Sports / Documentary*

GIFT CARDS  REDEEM  DEVICES    Join Fandango VIP    SIGN IN

Rotten Tomatoes® Score

100%

SUPPORTED DEVICES

ACTIVATE TV OR CONNECTED DEVICE

HD                              SD

Rent $4.99

Buy $12.99

Usage Rights

Trailer                         + Watchlist

Featuring interviews with Bill Murray, Mike Ditka, Mike Singletary and more, '85 chronicles how the 1985 Chicago Bears dominated on and off the field as they shuffled their way to the championship.

*Directed by: Scott Prestin*
*Starring: Bill Murray, Mike Ditka, Matt Walsh*

© MCMXVII 85 Bears Documentary, LLC

## SIMILAR TO '85: THE GREATEST TEAM IN FOOTBALL HISTORY

Explore all »

Case: 1:18-cv-07252 Document #: 1 Filed: 10/30/18 Page 43 of 48 PageID #:43

**FANDANGONOW**

MOVIES  TV SHOWS

GIFT CARDS  REDEEM  DEVICES     Join Fandango VIP     SIGN IN

SUPPORTED DEVICES

ACTIVATE TV OR CONNECTED DEVICE

BILL MURRAY                                                    Explore all »

AdChoices | Terms and Policies | Your Privacy Rights - Privacy Policy | Call (855) 646-2580 | Help | Feedback
© 2011-2016 MediaNaviCo LLC. All rights reserved. FandangoNOW is a trademark of Fandango Media, LLC.

# EXHIBIT 7



85: The Greatest Team I...          Overview          System Requirements          Related

# 85: The Greatest Team in Football History

2018    Documentary    1 h 42 min    English audio    CC    Unrated

★ ★ ★ ★ ★

| SD | HD |

Rent $4.99

Buy $9.99

Once you select Rent you'll have 14 days to start watching the movie and 48 hours to finish it.

Can't play on this device. Check system requirements.

Case: 1:18-cv-07252 Document #: 1 Filed: 10/30/18 Page 46 of 48 PageID #:46



**85: The Greatest Team i...**     Overview     System Requirements     Rent $4

Featuring
interviews with Bill Murray, Mike Ditka, Mike Singletary and more, '85
chronicles how the 1985 Chicago Bears dominated on and off the field as they

## Available on

Xbox One     HoloLens     PC     Mobile device

Xbox 360

## Trailer

**85: The Greatest Team i.**    Overview    System Requirements     Rent $4



## Description

Featuring interviews with Bill Murray,
Mike Ditka, Mike
Singletary and more, '85 chronicles how
the 1985 Chicago Bears dominated on
and
off the field as they shuffled their way to
the championship.

## Cast and crew

85: The Greatest Team i...    Overview    System Requirements    Rent $4



**Bill Murray**          **Mike Ditka**          **Matt Walsh**

## Additional information

**Studio**          **Released year**          **Genres**          **Additional terms**
Screen Media        2018                       Documentary        Terms of
                                                                  transaction

**Subtitles**       **Duration**               **Size**
English (CC)        1 h 42 min                 5.71 GB (1080p HD)
                                               2.95 GB (720p HD)
                                               1.6 GB (SD)

TIVO   Portions of content provided by Tivo Corporation - © 2018 Tivo
       Corporation