IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RED LABEL MUSIC PUBLISHING, INC., an Illinois corporation; and RENAISSANCE MARKETING CORPORATION, an Illinois corporation,<br><br>　　　　　Plaintiffs,<br>v.<br><br>CHILA PRODUCTIONS; RICHARD LENKOV; SCOTT PRESTIN; '85 BEARS DOCUMENTARY, LLC, an Illinois limited liability company; WINDOW TO THE WORLD COMMUNICATIONS, INC., an Illinois not-for-profit corporation, d/b/a WTTW TV; THE PUBLIC BROADCASTING SERVICE; UNITED CONTINENTAL HOLDINGS INC., a Delaware corporation; AMAZON.COM, INC., a Delaware corporation; IMDB.COM, INC., a Delaware corporation; APPLE INC., a California corporation; GOOGLE LLC, a Delaware limited liability company; FANDANGO MEDIA, LLC, a Virginia limited liability company; MICROSOFT CORPORATION, a Washington corporation; and AC JV, LLC, a Delaware limited liability company, doing business as FATHOM EVENTS,<br><br>　　　　　Defendants. | Case No. 1:18-cv-07252<br><br>Honorable Judge Virginia M. Kendall<br><br>Magistrate Judge Jeffrey Cole<br><br>JURY DEMANDED |

**PLAINTIFFS' INITIAL STATUS REPORT**

Plaintiffs, Red Label Music Publishing, Inc., an Illinois corporation and Renaissance Marketing Corporation, an Illinois corporation (collectively "Plaintiffs"), by their attorneys, Gregg I. Minkow and Samuel G. Levin, as and for Plaintiffs' Initial Status Report, state as follows:

1

1.      *Attorneys of record*:  Gregg I. Minkow (Plaintiffs' lead counsel) and Samuel G. Levin (Plaintiffs' counsel).  No Defendants have yet filed appearances, although most have submitted waivers of service of summons, and those have been filed with the Clerk.

2.      *Basis for federal jurisdiction*:  This Court has federal question jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a), and personal jurisdiction under the Illinois Long-Arm Statute (735 ILCS 5/2-209) based variously on the parties being resident in or maintaining offices in Illinois, committing in Illinois the acts alleged to comprise infringement, purposely directing their respective infringing activities to audiences within Illinois, and causing injury to the Plaintiffs and their copyrights which foreseeably would be suffered in Illinois.

3.      *Plaintiffs' Claims*:  Red Label Music Publishing, Inc. owns the copyrights in the words, music, sound recording, and music video known as the "Super Bowl Shuffle" (also referred to as the "Shuffle"), and Renaissance Marketing Corporation is Red Label's licensing agent.  Red Label and Renaissance claim that Chila Productions, Richard Lenkov and Scott Prestin, as producers of the film "'85: The Greatest Team in Football History" (the "85 Bears Film"), and '85 Bears Documentary, LLC, shown in the credits as the film's author, infringed the Shuffle copyrights by including in the film substantial portions of the Shuffle, and then reproducing, selling, distributing, performing and displaying the Shuffle segments as part of the film, without a license, as well as arranging for others to do so.  The Plaintiffs also claim that Chicago television station WTTW, Channel 11, the Public Broadcasting Service network ("PBS"), United Continental airlines, Amazon.Com, Inc., IMDb.Com, Inc., Apple Inc., Google LLC,

2

Fandango Media, LLC, and Microsoft Corporation, AC JV, LLC (doing business as Fathom Events), marketed, sold, and/or otherwise caused copies of the Shuffle segments, within the '85 Bears Film, film, to be made, displayed or performed variously through online sales and rentals, in-flight entertainment, and in over 200 movie theaters throughout the U.S.

4. *Status of Service*: All Defendants have been served or waived service except for Apple Inc. and Fandango Media, LLC, whom the Plaintiffs are in the process of serving.

5. *Principal legal issues*: While none of the Defendants has yet appeared, it is common for copyright infringement defendants to allege fair use or lack of personal jurisdiction, and the Plaintiffs will contest any such purported defenses if raised.

6. *Principal Factual Issues*: The extent to which the various Defendants made sales or provided access, and profited from the acts alleged to comprise infringement either through sales, rentals, advertising income, or otherwise, as those have a bearing on Plaintiffs' damages.

7. *Jury Trial*: Plaintiffs have made a jury demand.

8. *Discovery Conducted*: No formal discovery has been conducted as yet. However, Plaintiffs included with each request for a waiver of service a letter requesting voluntary disclosure of revenue and profits from the film in order to ascertain whether certain Defendants need to remain in the case in order for Plaintiffs to obtain complete relief as a practical matter.

*Discovery Planned:* Interrogatories, document production, requests to admit facts and genuineness of documents, and depositions are anticipated.

3

9. *Proposed Discovery Plan*:

    i. Mandatory Initial Discovery Pilot Project (MIDP) initial disclosures within 30 days after first responsive pleading is filed.

    ii. Further written discovery to be issued within 30 days thereafter.

    iii. Fact discovery to be completed by June 30, 2019.

    v. Expert discovery to be completed by September 30, 2019.

    vi. Dispositive motions to be filed by November 30, 2019.

10. *Ready for Trial*: Parties should be ready for trial lasting approximately one (1) week by the end of March 2020, to allow time for ruling on dispositive motions.

11. *Consent to Proceed Before a Magistrate Judge*: As no Defendants have yet appeared, consideration of unanimous consent to proceeding before the Magistrate Judge for all purposes is not yet under discussion.

12. *Status of Settlement Discussions:* Settlement discussions have commenced with the producers and author of the film but are in their early stages. Plaintiffs request a settlement conference.

January 22, 2019

| | |
|---|---|
| Gregg I. Minkow (Atty. ID: 6181058)<br>Minkow & Bergman, LLC<br>123 N. Wacker Drive, Suite 250<br>Chicago, IL 60606<br>Phone: 847-489-6999<br>Email: gminkow@minkowbergman.com | RED LABEL MUSIC PUBLISHING,<br>INC., *et al.*, Plaintiffs<br><br>By: \_\_\_\_\_s/Gregg I. Minkow_____<br>Their Attorney |

Samuel G. Levin (Atty. ID: 6190408)
Law Office of Samuel G. Levin
123 N. Wacker Drive, Suite 250
Chicago, IL 60606
Phone: 708-646-3326
Email: samlevinlaw@gmail.com

4