IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RED LABEL MUSIC PUBLISHING, INC.,
and RENAISSANCE MARKETING
CORPORATION,

       Plaintiffs,

v.

CHILA PRODUCTIONS; RICHARD
LENKOV; SCOTT PRESTIN; '85 BEARS
DOCUMENTARY, LLC, an Illinois limited
liability company; WINDOW TO THE
WORLD COMMUNICATIONS, INC., an
Illinois not-for-profit corporation, d/b/a WTTW
TV; THE PUBLIC BROADCASTING
SERVICE; UNITED CONTINENTAL
HOLDINGS INC., a Delaware corporation;
AMAZON.COM, INC., a Delaware
corporation; IMDb.COM, INC., a Delaware
corporation; APPLE INC., a California
corporation; GOOGLE LLC, a Delaware
limited liability company; FANDANGO
MEDIA, LLC, a Virginia limited liability
company; MICROSOFT CORPORATION, a
Washington corporation; and AC JV, LLC, a
Delaware limited liability company, doing
business as FATHOM EVENTS,

       Defendants.

No. 1:18-cv-07252

Judge Virginia M. Kendall
Magistrate Judge Jeffrey Cole

## DEFENDANTS RICHARD LENKOV, SCOTT PRESTIN, '85 BEARS DOCUMENTARY, LLC, AND WINDOW TO THE WORLD COMMUNICATIONS, INC.'S MOTION TO CLARIFY THAT DISCOVERY IS STAYED

Defendants Richard Lenkov ("Lenkov"), Scott Prestin ("Prestin"), '85 Bears

Documentary, LLC (the "Documentary LLC"), and Window to the World Communications, Inc.

("WTTW") (collectively, the "Defendants"), through the undersigned counsel, move to clarify that

discovery is stayed pending a ruling on defendants Lenkov, Prestin, and the Documentary LLC's Motion for Judgment on the Pleadings or, in the Alternative, for Summary Judgment (ECF dkt. ##46-47), and in support state as follows:

1.     On February 4, 2019, Lenkov, Prestin, and the Documentary LLC filed a motion and supporting memorandum for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c) (the "Judgment Motion").  (ECF dkt. ## 46-47.)  WTTW filed a motion to join the Judgment Motion on February 4, 2019.  (ECF dkt. #53.)  The Court granted WTTW's motion to join the Judgment Motion on February 5, 2019.  (ECF dkt. #57.)

2.     The Judgment Motion argues in part that judgment should be granted in favor of the moving defendants on the face of the pleadings and that no discovery is necessary or warranted under the circumstances.  (ECF dkt. #47 at 14-15.)  Indeed, the purpose of filing the Judgment Motion on the same date as the Defendants' responsive pleadings was to avoid the cost and burden of discovery in a case that may be easily resolved based only on the pleadings and attachments.

3.     At the hearing held on February 19, 2019, at which the Judgment Motion was presented, the Court indicated that its review of the Judgment Motion would be as follows:

> … the rule that he's moved under, the 12(c) rule, provides that I review it, and then I make a determination as to whether or not it's appropriate for 12(c) ruling.  And if I believe it is [not appropriate for 12(c) ruling] and I need the [sic] more information based upon fact disputes, **then I open it up and I say we're going to do discovery on this**.  And that's what my review process of a 12(c) motion converting it to a Rule 56.

(Exhibit A, Transcript of Proceedings, 16:4-16 (emphasis added).)

4.     Accordingly, Defendants at all times understood that discovery, including the Mandatory Initial Discovery Pilot Project ("MIDP"), was stayed pending a ruling on the Judgment Motion.

5. On March 6, 2019, Plaintiffs' new counsel[1] served Plaintiffs' Mandatory Initial Discovery Responses on Defendants and filed a corresponding Notice of Service of Responses. (ECF dkt. #97.)

6. Accordingly, Defendants request that the Court clarify that discovery, including responses to the MIDP, is stayed pending a ruling on the Judgment Motion.

WHEREFORE, defendants Richard Lenkov, Scott Prestin, '85 Bears Documentary, LLC, and Window to the World Communications, Inc. respectfully request that the Court clarify that all discovery, including the MIDP, is stayed pending a ruling on the Judgment Motion.

Respectfully submitted,

RICHARD LENKOV, SCOTT PRESTIN, AND
'85 BEARS DOCUMENTARY, LLC

By:     /s/ Blaine C. Kimrey
          One of their Attorneys

Blaine C. Kimrey, Bar No. 6279625
bkimrey@vedderprice.com
Jonathon P. Reinisch, Bar No. 6317528
jreinisch@vedderprice.com
Vedder Price P.C.
222 North LaSalle Street
Chicago, Illinois 60601
(312) 609-7500

Respectfully submitted,

WINDOW TO THE WORLD
COMMUNICATIONS, INC.

By:     /s/ Brian A. Rosenblatt
          One of its Attorneys

---

[1] Plaintiffs were represented at the February 19, 2019 hearing by their former counsel, Gregg Minkow and Samuel Levin.

Brian A. Rosenblatt / 6243772
Bryce Downey & Lenkov LLC
200 N. LaSalle Street, Suite 2700
Chicago, IL 60601
Phone: (312) 377-1501
Fax:      (312) 377-1502
brosenblatt@bdlfirm.com

Dated:  March 6, 2019

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above document was electronically filed on March 6, 2019, with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification to all registered attorneys of record.

/s/ Blaine C. Kimrey
Blaine C. Kimrey