# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RED LABEL MUSIC PUBLISHING, INC., et al.,<br><br>                      Plaintiffs,<br><br>v.<br><br>CHILA PRODUCTIONS, et al.,<br><br>                      Defendants. | Case No. 1:18-cv-07252<br><br>Hon. Virginia M. Kendall |

## NOTICE OF APPEAL

Pursuant to Fed. R. App. P. 3(c)(1) and 4(a), notice is hereby given that Plaintiffs Red Label Music Publishing, Inc. and Renaissance Marketing Corporation ("Plaintiffs") appeal to the United States Court of Appeals for the Seventh Circuit from any and all orders and rulings of the U.S. District court for the Northern District of Illinois that support final judgment in this case, including but not limited to the Memorandum Opinion and Order entered on May 30, 2019 [Docket No. 119] and the Judgment in a Civil Case entered on May 30, 2019 [Docket No. 120].

Dated: May 30, 2019

Respectfully submitted,

/s/ Robert P. Greenspoon
Robert P. Greenspoon
rpg@fg-law.com
William W. Flachsbart
wwf@fg-law.com
Flachsbart & Greenspoon LLC
333 N. Michigan Ave., Suite 2700
Chicago, IL 60601-3901
Phone: (312) 551-9500
Fax: (312) 551-9501

*Attorneys for Plaintiffs*
*Red Label Music Publishing, Inc.*
*Renaissance Marketing Corporation*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

/s/ Robert P. Greenspoon
Robert P. Greenspoon
