IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RED LABEL MUSIC PUBLISHING, INC., and RENAISSANCE MARKETING CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>CHILA PRODUCTIONS; RICHARD LENKOV; SCOTT PRESTIN; '85 BEARS DOCUMENTARY, LLC, an Illinois limited liability company; WINDOW TO THE WORLD COMMUNICATIONS, INC., an Illinois not-for-profit corporation, d/b/a WTTW TV; UNITED AIRLINES, INC., a Delaware corporation; AMAZON.COM, INC., a Delaware corporation; APPLE INC., a California corporation; GOOGLE LLC, a Delaware limited liability company; MICROSOFT CORPORATION, a Washington corporation; and AC JV, LLC, a Delaware limited liability company, doing business as FATHOM EVENTS,<br><br>Defendants. | No. 1:18-cv-07252<br><br>Judge Virginia M. Kendall<br>Magistrate Judge Jeffrey Cole |

## **NOTICE OF FINAL RESOLUTION**

Defendants Richard Lenkov, Scott Prestin, '85 Bears Documentary, LLC, Amazon.com, Inc., Apple Inc., Microsoft Corporation, AC JV, LLC, Window to the World Communications, Inc., Google LLC, and United Airlines, Inc. (collectively, "Defendants") hereby notify the Court that the parties' conditional resolution has been finalized and this case may be terminated. In support of this Notice, Defendants state as follows:

1. On November 25, 2019, the parties finalized their resolution of this matter.

-2-

2. Under the terms of that resolution, Defendants no longer intend to pursue recovery of their fees or costs pursuant to Local Rules 54.1 and 54.3.

3. Accordingly, the schedule for completion of Local Rule 54.1 and 54.3 deadlines ordered by the Court on October 24, 2019 (ECF No. 139) and indefinitely suspended on November 19, 2019 (ECF No. 142) may be stricken.

4. The status hearing set for December 9, 2019 may also be stricken.

5. There are no other pending claims or motions in this matter and this Notice serves to advise the Court that it may take any steps necessary to terminate this matter.

6. Defendants have conferred with counsel for Plaintiffs regarding this Notice and Plaintiffs have no objection to statements made herein.

Dated: November 27, 2019

Respectfully submitted,

RICHARD LENKOV; SCOTT PRESTIN; '85 BEARS DOCUMENTARY, LLC; AMAZON.COM, INC.; APPLE INC.; MICROSOFT CORPORATION; AND AC JV, LLC

By:   /s/ Blaine C. Kimrey
      One of their Attorneys

Blaine C. Kimrey, Bar No. 6279625
bkimrey@vedderprice.com
Jonathon P. Reinisch, Bar No. 6317528
jreinisch@vedderprice.com
Vedder Price P.C.
222 North LaSalle Street
Chicago, Illinois 60601
(312) 609-7500

        Respectfully submitted,

        WINDOW TO THE WORLD
        COMMUNICATIONS, INC.

        By:    /s/ Brian A. Rosenblatt
                 One of its Attorneys

Brian A. Rosenblatt / 6243772
Bryce Downey & Lenkov LLC
200 N. LaSalle Street, Suite 2700
Chicago, IL 60601
Phone: (312) 377-1501
Fax:    (312) 377-1502
brosenblatt@bdlfirm.com

        Respectfully submitted,

        UNITED AIRLINES, INC.

        By:    /s/ Thomas G. Weber
                 One of its Attorneys

Michael S. Elkin (admitted *pro hac vice*)
Thomas G. Weber
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
T:  (312) 558-5600
F:  (312) 558-5700
melkin@winston.com
tgweber@winston.com

        Respectfully submitted,

        GOOGLE LLC

        By:    /s/ Andrew Schapiro
                 One of its Attorneys

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Andrew Schapiro
Benjamin Berkman
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 705-7400
Fax: (312) 705-7401
andrewschapiro@quinnemanuel.com
benjaminberkman@quinnemanuel.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above document was electronically filed on November 27, 2019, with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification to all registered attorneys of record.

/s/ Blaine C. Kimrey
Blaine C. Kimrey
